UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                Plaintiff,

      -against-

JON NORINSBERG, *et al.*,

               Choose an item..

20-CV-3303 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued May 21, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 7, 2020
           New York, New York

                                                  *Louis L. Stanton*
                                                   Louis L. Stanton
                                                      U.S.D.J.